R. Daniel O'Connor (admitted *pro hac vice*)
Gregory L. Demers (admitted *pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: Daniel.OConnor@ropesgray.com
Email: Gregory.Demers@ropesgray.com

Anne Johnson Palmer, Esq. (CSB #302235)
**ROPES & GRAY LLP**
Three Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Telephone: (415) 315 6300
Facsimile: (415) 315 6350
Email: Anne.JohnsonPalmer@ropesgray.com

Attorneys for Defendant Mark C. Kelly

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR MILD, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PPG INDUSTRIES, INC., MICHAEL H. MCGARRY, VINCENT J. MORALES, and MARK C. KELLY,<br><br>　　　　Defendants. | Case No. 2:18-cv-04231-RGK-JEM<br><br>**DEFENDANT MARK C. KELLY'S NOTICE OF JOINDER IN PPG DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. R. Gary Klausner<br>Date: April 29, 2019<br>Time: 9 A.M.<br>Courtroom: 850<br><br>Action Filed: May 20, 2018<br>Discovery Cut-Off: July 31, 2019<br>Pretrial Conference: October 7, 2019<br>Trial: October 29, 2019 |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 29, 2019, at 9:00 A.M., or as soon thereafter as this matter may be heard in the above-entitled court, before the Honorable R. Gary Klausner, United States District Judge for the Central District of California, Western Division, located at 255 East Temple Street, Los Angeles, California 90012, in Courtroom 850, Defendant Mark C. Kelly, by and through counsel, will and hereby does join in the substance of the Opposition to Lead Plaintiff's Motion for Class Certification filed by Defendants PPG Industries, Inc., Michael H. McGarry, and Vincent J. Morales on April 1, 2019 (Dkt. No. 85).

April 1, 2019

Respectfully submitted,

David I. Hurwitz
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

*and*

R. Daniel O'Connor (*admitted pro hac vice*)
Anne Johnson Palmer
Gregory L. Demers (*admitted pro hac vice*)

ROPES & GRAY LLP
By:   /s/ Anne Johnson Palmer
          Anne Johnson Palmer
     Attorneys for Defendant Mark C. Kelly

By:   /s/ David I. Hurwitz
          David I. Hurwitz
     Attorneys for Defendant Mark C. Kelly