**DECHERT LLP**
David H. Stern
U.S. Bank Tower
633 West 5th Street Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5720
Facsimile: (213) 808-5760
Email: david.stern@dechert.com

Andrew J. Levander (*pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3683
Facsimile: (212) 698-0483
Email: andrew.levander@dechert.com

Michael L. Kichline (*pro hac vice*)
Stuart T. Steinberg (*pro hac vice*)
Catherine V. Wigglesworth (*pro hac vice*)
Roger A. Dixon (*pro hac vice*)
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2436
Facsimile: (215) 655-2436
Email: michael.kichline@dechert.com

*Counsel for Defendants PPG Industries, Inc., Michael H. McGarry, and Vincent J. Morales*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TREVOR MILD, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PPG INDUSTRIES, INC., MICHAEL H. MCGARRY, VINCENT J. MORALES, and MARK C. KELLY,

Defendants.

Case No.: 2:18-cv-04231-RGK-JEM

**JOINT STATUS REPORT OF THE PARTIES**

Date: April 29, 2019
Time: 9:00 AM
Crtm.: 850
Judge: Hon. R. Gary Klausner

Plaintiff Joe Cammarata and Defendants PPG Industries, Inc., Michael H. McGarry, Vincent J. Morales and Mark C. Kelly hereby submit this Joint Status Report. On April 22, 2019, the parties participated in an all-day mediation session before the Hon. Layn Phillips, and made substantial progress toward resolving this action. The mediation process is ongoing, and the parties are exchanging term sheets. Accordingly, the parties respectfully request a 10-day continuance of the class certification hearing now scheduled for April 29, 2019.

Dated: April 23, 2019

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ Lionel Glancy
Lionel Z. Glancy
Robert V. Prongay
Jason L. Krajcer
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lsolish@glancylaw.com

*Counsel for Lead Plaintiff Joe Cammarata and Lead Counsel for the Class*

**DECHERT LLP**

By: /s/ Andrew Levander
Andrew J. Levander (*pro hac vice)*
Catherine V. Wigglesworth (*pro hac vice)*
David H. Stern
Michael L. Kichline (*pro hac vice)*
Roger A. Dixon (*pro hac vice)*
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036

Telephone: (212) 698-3683
Facsimile: (212) 698-3843
Email: andrew.levander@dechert.com

*Counsel for Defendants PPG Industries, Inc., Michael H. McGarry, and Vincent J. Morales*

**ROPES & GRAY LLP**

By: /s/ Daniel O'Connor

R. Daniel O'Connor (*pro hac vice*)
Anne Johnson Palmer
Gregory L. Demers (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: gregory.demers@ropesgray.com

*Counsel for Defendant Mark C. Kelly*