**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
JASON KRAJCER (#234235)
LEANNE H. SOLISH (#280297)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: jkrajcer@glancylaw.com

*Counsel for Lead Plaintiff Joe Cammarata*
*and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR MILD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PPG INDUSTRIES, INC., MICHAEL H. MCGARRY, VINCENT J. MORALES, and MARK C. KELLY,<br><br>Defendants. | Case No.: 2:18-cv-04231-RGK-JEM<br><br>**JOINT STATUS REPORT OF THE PARTIES** |

Lead Plaintiff Joe Cammarata and Defendants PPG Industries, Inc., Michael H. McGarry, Vincent J. Morales and Mark C. Kelly hereby submit this Joint Status Report.  On April 23, 2019, the parties informed the Court that they participated in an all-day mediation session before former United States District Judge Layn Phillips and made substantial progress toward resolving this action.  D.E. 112.  Accordingly, the parties requested a 10-day continuance of the hearing on Lead Plaintiff's pending motion for class certification.  *Id.*  On April 24, 2019, the Court entered a Scheduling Notice and Order, taking Lead Plaintiff's Motion to Certify Class under submission, and in light of the parties' report, holding its ruling on class certification until May 10, 2019.  D.E. 113.

The parties have since reached an agreement in principle to settle this action pursuant to a mediator's proposal by Judge Phillips, and are proceeding to document the settlement.  The parties anticipate filing a motion for preliminary approval of the settlement within the next 30 days.  Accordingly, the parties respectfully request that the Court suspend all further proceedings pending the submission of that motion.

Dated: May 3, 2019

**GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
Jason L. Krajcer
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lsolish@glancylaw.com

*Counsel for Lead Plaintiff Joe Cammarata*
*and Lead Counsel for the Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECHERT LLP**

By:  *s/ Michael L. Kichline*
Andrew J. Levander
Catherine V. Wigglesworth
David H. Stern
Michael L. Kichline
Roger A. Dixon
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3683
Facsimile: (212) 698-3843
Email: andrew.levander@dechert.com

*Counsel for Defendants PPG Industries, Inc.,*
*Michael H. McGarry, and Vincent J. Morales*

**ROPES & GRAY LLP**

By:  *s/ Anne Johnson Palmer*
Anne Johnson Palmer (State Bar No. 302235)
Three Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350
Email: Anne.JohnsonPalmer@ropesgray.com

R. Daniel O'Connor (*pro hac vice*)
Gregory L. Demers (*pro hac vice*)
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: Daniel.OConnor@ropesgray.com
Email: Gregory.Demers@ropesgray.com

*Counsel for Defendant Mark C. Kelly*

JOINT STATUS REPORT

**<u>Attestation Pursuant to Civil Local Rule 5-4.3.4(a)(2)</u>**

Pursuant to Civil Local Rule 5-4.3.4(a)(2), I, Robert V. Prongay, hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: _s/ Robert V. Prongay_

Robert V. Prongay

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 3, 2019, I served true and correct copies of the following document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 3, 2019, at Los Angeles, California.

<u>*s/ Robert V. Prongay*</u>
Robert V. Prongay