**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
ROBERT V. PRONGAY (#270796)
JASON L. KRAJCER (#234235)
LEANNE H. SOLISH (#280297)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com

*Counsel for Lead Plaintiff Joe Cammarata and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR MILD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PPG INDUSTRIES, INC., MICHAEL H. MCGARRY, VINCENT J. MORALES, and MARK C. KELLY,<br><br>Defendants. | Case No.: 2:18-cv-04231-RGK-JEM<br><br>**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (II) CERTIFICATION OF THE SETTLEMENT CLASS, AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**<br><br>Date: July 1, 2019<br>Time: 9:00 a.m.<br>Crtm.: 850<br>Judge: Hon. R. Gary Klausner |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 1, 2019 at 9:00 a.m., or as soon thereafter as the Parties may be heard in the Courtroom of the Honorable R. Gary Klausner, Courtroom 850, located at the United States Courthouse, Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90012, Lead Plaintiff Joe Cammarata ("Plaintiff") will, and hereby does, move the Court for the entry of the Preliminary Approval Order, attached as Exhibit A to the Stipulation and Agreement of Settlement filed herewith (the "Stipulation"), which provides for:

1. Preliminary approval of the proposed Settlement;

2. Preliminary certification of a Settlement Class;

3. Approval of the form and method for giving notice, as set forth in the Stipulation; and Setting the date for a hearing (the "Settlement Hearing") to determine: (i) whether the proposed Settlement provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be finally approved by the Court; (ii) finally certifying the Settlement Class; (iii) Lead Counsel's application for an award of attorneys' fees and expenses; and (iv) Lead Plaintiff's application for an award of reimbursement for costs and expenses in litigating this action.

This unopposed motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Leanne H. Solish, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Lead Counsel conferred with Defendants' counsel with respect to this motion. Defendants' counsel have authorized Lead Counsel to represent that Defendants do not oppose this motion.

| | | |
|---|---|---|
| 1 | DATED: June 2, 2019 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _s/ Leanne H. Solish_ |
| 5 | | Lionel Z. Glancy |
| | | Peter A. Binkow |
| 6 | | Robert V. Prongay |
| 7 | | Jason Krajcer |
| | | Leanne H. Solish |
| 8 | | 1925 Century Park East, Suite 2100 |
| 9 | | Los Angeles, California 90067 |
| | | Telephone: (310) 201-9150 |
| 10 | | Facsimile: (310) 201-9160 |
| 11 | | Email: info@glancylaw.com |
| 12 | | *Counsel for Lead Plaintiff and Lead Counsel for the Class* |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 2, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2, 2019, at Los Angeles, California.

*s/ Leanne H. Solish*
Leanne H. Solish