**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
PETER A BINKOW (#173848)
ROBERT V. PRONGAY (#270796)
JASON L. KRAJCER (#234235)
LEANNE H. SOLISH (#280297)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com

*Counsel for Lead Plaintiff Joe Cammarata and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVOR MILD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PPG INDUSTRIES, INC., MICHAEL H. MCGARRY, VINCENT J. MORALES, and MARK C. KELLY,<br><br>Defendants. | Case No.: 2:18-cv-04231-RGK-JEM<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Date:   October 21, 2019<br>Time:   9:00 a.m.<br>Crtm.:  850<br>Judge:  Hon. R. Gary Klausner |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the Court's Order Granting Preliminary Approval of Class Action Settlement (D.E. 121), on October 21, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable R. Gary Klausner, United States District Judge, Central District of California, located at 255 East Temple Street, Courtroom 850, Los Angeles, California 90012, Lead Plaintiff Joe Cammarata ("Lead Plaintiff") will and hereby does move the Court for: (1) entry of the [Proposed] Judgment Approving Class Action Settlement; and (2) entry of the [Proposed] Order Approving Plan of Allocation of the Net Settlement Fund.[1]

This unopposed motion is based upon the concurrently filed Memorandum of Points and Authorities in Support of Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the Declaration of Lionel Z. Glancy in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses and all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Lead Counsel conferred with Defendants' Counsel with respect to this motion in accordance with L.R. 7-3. Defendants' Counsel have authorized Lead Counsel to represent that Defendants do not oppose this motion.

---

[1] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated June 1, 2019 (D.E. 119-1).

| | | |
|---|---|---|
| 1 | Dated: September 16, 2019 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | |
| 3 | | By: *s/ Lionel Z. Glancy* |
| 4 | | Lionel Z. Glancy |
| | | Peter A. Binkow |
| 5 | | Robert V. Prongay |
| 6 | | Jason L. Krajcer |
| | | Leanne H. Solish |
| 7 | | 1925 Century Park East, Suite 2100 |
| 8 | | Los Angeles, CA 90067 |
| | | Telephone: (310) 201-9150 |
| 9 | | Facsimile: (310) 201-9160 |
| 10 | | Email: lglancy@glancylaw.com |
| 11 | | |
| | | *Counsel for Lead Plaintiff Joe Cammarata* |
| 12 | | *and Lead Counsel for the Class* |

MOTION FOR FINAL APPROVAL OF CLASS  Case No. 2:18-CV-04231-RGK-JEM
ACTION SETTLEMENT AND PLAN OF ALLOCATION

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 16, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2019, at Los Angeles, California.

                                          *s/ Lionel Z. Glancy*
                                          Lionel Z. Glancy